**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 23-cv-00081-JB-MU** |
| | ) | |
| **THE FRESH MARKET, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING SUBSTITUTION OF THE PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 25**

COMES NOW the Parties and jointly files this Joint Motion to Stay, and set forth and assign as follows:

1. The Plaintiff Jerry Morgan passed away on January 9, 2024.

2. The Defendant has filed a Suggestion of Death Upon the Record of Jerry Morgan's passing (Doc. 27).

3. The parties request that this Honorable Court enter an order staying this matter for 90 days after the entry of the Suggestion of Death or until a timely substitution of Jerry Morgan's personal representative as the Plaintiff in this action; whichever occurs first.

4. Upon the timely substitution of Jerry Morgan's personal representative as the Plaintiff, the parties request leave of court to submit an updated Rule 16(b) Scheduling Order regarding Defendant's expert disclosure (which was extended under Court Document 20 and subsequently by the agreement of the parties); the discovery deadline; Plaintiff's Notice Concerning Settlement Conference and Mediation; Dispositive Motions deadline; the Court's Pretrial Conference; and Trial; said modified Rule 16(b) Scheduling Order to be submitted 30 days after substitution of the

Plaintiff is granted.

Wherefore, the parties respectfully request that this Honorable Court issuing an Order Staying this matter for 90 days after the entry of the Suggestion of Death is entered upon the record or the time substitution of the Plaintiff under Rule 25 of Fed. R. Civ. P. and granting leave of court for the parties to submit a modified Rule 16(b) Scheduling Order.

/s/*Robert A Arnwine, Jr.*
Robert A. Arnwine, Jr. (ASB-5964-B65A)
Attorney for Plaintiff, Jerry Morgan

OF COUNSEL:

Morgan & Morgan, PLLC
2 South Water Street, Suite 200
Mobile, AL   36602
(659) 204-6364
Email:  rarnwine@forthepeople.com

William E. Pipkin Jr. (PIPKW5690)
Brian W. Miller (MIL079)
Attorney for Defendant, The Fresh Market, Inc.

OF COUNSEL:

Austill, Lewis, Pipkin & Maddox, P.C.
Post Office Drawer 2885
Mobile, Alabama 36652-2885
Phone: (251) 431-9006
Fax: (251) 431-0555
E-Mail: bmiller@maplaw.com